IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SERIO d/b/a ECLIPSE SPORTSWIRE,<br><br>           Plaintiff,<br><br>    v.<br><br>SKIJOR, USA, INC.,<br><br>           Defendant. | Case No.: 23-cv-438 (LJL) |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

    Upon this Notice of Motion, the Declaration of R. Terry Parker and exhibits attached thereto, and the pleadings and prior proceedings herein, the plaintiff Scott Serio d/b/a Eclipse Sportswire ("Plaintiff") will move the Court, before the Honorable Lewis J. Liman, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15C, New York, New York 10007 for an order of default judgment; and for such further relief as this Court deems just and proper.

    In support of this motion, the Plaintiff shall rely upon the accompanying Declaration of R. Terry Parker, Esquire submitted herewith.

    A proposed form of Order is submitted herewith.

    Oral argument is not requested.

Dated: June 16, 2023

                                                        Respectfully submitted,

                                                        /s/ *R. Terry Parker*
                                                        R. Terry Parker, Esquire
                                                        43 W. 43rd Street, Suite 275
                                                        New York, New York
                                                         10036-7424

Tel: (212) 859-5068
Email: terry@rterryparkerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, R. Terry Parker, hereby certify that I caused the foregoing document to be sent to the following by regular mail and electronic mail on the 16th of June, 2023.

Skijor USA, Inc.
50 Vanderbilt Avenue, No. 49
New York, New York 10017
Email: loren@skijorusa.com

                                           */s/ R. Terry Parker*
                                           R. Terry Parker